1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   CHERYL A. GRAMES
3  Nevada Bar No. 12752
   Cheryl.Grames@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant State Farm Mutual*
7  *Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| WILLIAM BENES, individually, | CASE NO. 2:21-cv-01999-JCM-BNW |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

State Farm Mutual Automobile Association substitutes Robert W. Freeman, Esq. of the law firm Lewis Brisbois Bisgaard & Smith, as attorney of record in place of M. Caleb Meyer of Messner Reeves, LLP as attorneys for Defendant State Farm Mutual Automobile Association.

Dated this ___ day of _____ 2021.

By: Lynn Davenport CQPS  *Digitally signed by Lynn Davenport CQPS*
    *Date: 2021.12.17 13:43:46 -07'00'*
State Farm Mutual Automobile Insurance Company

…

…

…

…

4860-0032-1798.1

1  I consent to the above substitution.

2  Dated this 20th day of December, 2021.

3  MESSNER REEVES

4

5  By  /s/ David M. Gould
   David M. Gould, Esq.
6  Nevada Bar No. 11143
   8945 West Russell Road, Suite 300
7  Las Vegas, Nevada 89148

8  I accept the above substitution.  I am duly admitted to practice in this District Court.

9  DATED this 20th day of December, 2021.

10  LEWIS BRISBOIS BISGAARD & SMITH LLP

11

12  /s/ Robert W. Freeman
    Robert W. Freeman, Esq.
    Nevada Bar No. 3062
13  6385 S. Rainbow Blvd, Suite 600
    Las Vegas, Nevada 89118
14  Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED**

**DATED:** 1:56 pm, December 21, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4860-0032-1798.1                    2