1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   CHERYL A. GRAMES
3  Nevada Bar No. 12752
   Cheryl.Grames@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant State Farm Mutual*
7  *Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| | |
|---|---|
| WILLIAM BENES, individually,<br><br>  Plaintiff,<br><br>  vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>  Defendants. | CASE NO. 2:21-cv-01999-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between PLAINTIFF WILLIAM BENES ("Plaintiff"), by and through his counsel, DENTON & CHO, LTD., and DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each

…

…

…

…

...

4882-7553-9729.1

party to bear their own attorney's fees and costs.

DATED this 26th day of April 2022.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Cheryl A. Grames*
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

DATED this 26th day of April 2022.

DENTON CHO

*/s/ Marianne Y. Denton*
Marianne Y. Denton
Nevada Bar No. 12360
411 E. Bonneville, Suite 300
Las Vegas, Nevada 89101
*Attorney for Plaintiff William Benes*

**ORDER**

**IT IS SO ORDERED:**

Dated July 11, 2022.

_____
UNITED STATES DISTRICT JUDGE

4882-7553-9729.1                                      2